**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Douglas Deondre DENMARK,**
**Defendant–Appellant.**

No. 11–40517
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 22, 2012.

Richard Lee Moore, Assistant U.S. Attorney, U.S. Attorney's Office, Tyler, TX, for Plaintiff–Appellee.

Carlo D'Angelo, Counsel, Mineloa, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Douglas Denmark has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Denmark has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Denmark's response. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.